UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>BRIGIDA ESPINAL<br>XXX-XX-5544<br><br><br>    DEBTOR (S) | CASE NO. 14-03308-ESL<br><br><br>CHAPTER 13 |

TRUSTEE'S OBJECTION TO CLAIM #05-1
FILED BY (OR ON BEHALF OF):DLJ MORTGAGE CAPITAL INC
NOTICE AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

   NOW COMES Jose R. Carrion, Chapter 13 Trustee, through the undersigned attorney, and very respectfully alleges and prays:

   1. On August 25, 2014, DLJ MORTGAGE CAPITAL INC filed proof of claim #05-1, in the amount of $71,438.44, as an secured claim.

   • The Trustee objects proof of claim 05-1 pursuant to Fed. R. Bankr. P. 3001(e); since it lacks of evidence of endorsement of Mortgage Note to demostrate that DLJ MORTGAGE CAPITAL INC has the right to receive payments under the plan. (Secured Mortgage)

   WHEREFORE the Trustee respectfully prays that this motion be granted for the reason herein set forth and that an order be entered **Disallowing objected claim.**

   NOTICE: Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless:(1) the requested relief is forbidden by law;(2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may schedule a hearing.

   In San Juan, Puerto Rico this Friday, September 12, 2014.

                              /s/ Jose R. Carrion
                              JOSE R. CARRION
                              CHAPTER 13 TRUSTEE
                              PO Box 9023884
                              San Juan, PR 00902-3884
                              Tel.(787)977-3535

   ESP

14-03308-ESL
BRIGIDA ESPINAL

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| BRIGIDA ESPINAL<br>VILLA GUADALUPE<br>FF 13 CALLE 18<br>CAGUAS, PR  00725 | DLJ MORTGAGE CAPITAL INC<br>SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65450<br>SALT LAKE CITY, UT  84152 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | SELECT PORTFOLIO SERVICING AS ASIGNEE<br>C/O AIMEE LOPEZ PABON ESQ<br>LATIMER BIAGGI RACHID & GODREAU<br>PO BOX 9022512<br>SAN JUAN, PR  00902-2512 |

In San Juan, Puerto Rico this Friday, September 12, 2014.

_____
Chapter 13 Clerk