UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>BRIGIDA ESPINAL<br><br>XXX-XX-5544<br><br>DEBTOR (S) | CASE NO. 14-03308-ESL<br><br>CHAPTER 13 |

**TRUSTEE'S NOTICE TO WITHDRAW OBJECTION TO CLAIM #05-1**
**DOCKET NO. 28**

**TO THE HONORABLE COURT:**

   **NOW COMES** Jose R. Carrion, Chapter 13 Trustee and very respectfully alleges and prays:

   1. On September 12, 2014, Trustee filed an objection to proof of claim #05-1, filed on behalf of DLJ MORTGAGE CAPITAL INC (Docket No. 28).

   2. After due verification and analysis, the Trustee hereby informs this Honorable court his request to withdraw the abovementioned document.

   WHEREFORE, the Trustee respectfully requests that the abovementioned motion be deemed withdrawn.

 CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy of this motion has been served by regular US Mail on this same date to: the Debtor(s), his/her/their attorney the objected claimant and its counsel of record.

   In San Juan, Puerto Rico this October 23, 2014.

                                    /s/ Jose R. Carrion
                                     JOSE R. CARRION
                                     CHAPTER 13 TRUSTEE
                                     PO Box 9023884, Old San Juan Stat.
                                     San Juan, PR 00902-3884
                                     Tel. (787) 977-3535
                                     Fax  (787) 977-3550

  GIC

14-03308-ESL
BRIGIDA ESPINAL

VERIFIED STATEMENT

The undersigned, of legal age and as employee of Jose R. Carrion, Chapter 13 Trustee Office, hereby certifies that on this same date, I personally and duly notified a true and exact copy of the attached motion to each party below listed.

| | |
|---|---|
| BRIGIDA ESPINAL<br>VILLA GUADALUPE<br>FF 13 CALLE 18<br>CAGUAS, PR  00725 | DLJ MORTGAGE CAPITAL INC<br>SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65450<br>SALT LAKE CITY, UT  84152 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR  00726-0186 | SELECT PORTFOLIO SERVICING AS ASIGNEE<br>C/O AIMEE LOPEZ PABON ESQ<br>LATIMER BIAGGI RACHID & GODREAU<br>PO BOX 9022512<br>SAN JUAN, PR  00902-2512 |

In San Juan, Puerto Rico this Thursday, October 23, 2014.

_____
Chapter 13 Clerk