**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br> **BRIGIDA ESPINAL** <br> **xxx–xx–5544** <br><br> Debtor(s) | Case No. **14–03308 ESL** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 1/30/15 |

*ORDER*

Upon debtor's (s') reply (see docket entry #39), the motion to dismiss filed by the Chapter 13 trustee (docket entry #36) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, January 30, 2015 .

Enrique S. Lamoutte
United States Bankruptcy Judge