IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

BRIGIDA ESPINAL

XXX-XX-5544

Debtor(s)

CASE NO. 14-03308 ESL

Chapter 13

**FILED & ENTERED ON 6/24/2015**

### ORDER DISMISSING CASE

On 6/3/2015 the Court denied confirmation of debtor(s)' Chapter 13 Plan. More than fourteen (14) days have elapsed and the debtor(s) has/have not filed a modified plan, moved for the conversion of the case, filed a motion for relief from judgment or order appealed the denial of confirmation. Accordingly, pursuant to PR LBR 3015-2(i), it is now

ORDERED that the instant case be and it hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 24 day of June, 2015.

*/s/ Enrique S. Lamoutte*

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: All Creditors